UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:25-CV-318-GAP-DCI

**ENRIQUE ALVEAR**,

      Plaintiff,

vs.

**TRAVISMATHEW, LLC, a foreign
limited liability company,**

      Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff ENRIQUE ALVEAR, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Respectfully submitted,

Dated:  May 28, 2025

1

**RODERICK V. HANNAH, ESQ., P.A.**    **LAW OFFICE OF PELAYO DURAN, P.A.**
Counsel for Plaintiff                Co-Counsel for Plaintiff
4800 N. Hiatus Road                  6355 N.W. 36th Street, Suite 307
Sunrise, FL 33351                    Virginia Gardens, FL 33166
T. 954/362-3800                      T. 305/266-9780
954/362-3779 (Facsimile)            305/269-8311 (Facsimile)
rhannah@rhannahlaw.com               Duranandassociates@gmail.com

By: *s/ Roderick V. Hannah*           By: *s/ Pelayo M. Duran*
       RODERICK V. HANNAH                  PELAYO M. DURAN
       Fla. Bar No. 435384                 Fla. Bar No. 0146595

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2025, I electronically

filed the foregoing with the Clerk of Court using the CM/ECF system which

will send notification of such filing to:

Kevin M. Young, Esq.
**SEYFARTH SHAW LLP**
Counsel for Defendant
1075 Peachtree Street NE, Suite 2500
Atlanta, GA  30309-3958
T. (404) 885-1500
Email:  kyoung@seyfarth.com

*Attorneys for Defendant*
*TRAVISMATHEW, LLC*

                              */s/ Roderick V. Hannah*
                                   Roderick V. Hannah